**Christopher CRUZ, Petitioner–Appellant,**

v.

**George M. GALAZA, Warden; C.A. Terhune, Respondents–Appellees.**

**No. 05–56731.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 3, 2008.

Filed March 18, 2008.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

U.S.C. § 2254 petition alleging ineffective assistance of counsel. The state court concluded that his trial counsel's failure to interview witness and victim William Hutchinson was not deficient representation because there had been no showing that this was anything other than a reasonable tactical decision.

We must conclude that the record supports that conclusion, particularly in light of trial counsel's declaration before the district court explaining that Hutchinson had been hostile and uncooperative at the preliminary hearing and that counsel feared Hutchinson's testimony might have turned out to be damaging to Cruz. It was not an unreasonable application of federal law for the state court to hold that the facts failed to establish deficient representation. *See* 28 U.S.C. § 2254(d)(1); *Strickland v. Washington,* 466 U.S. 668, 687, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

AFFIRMED.

Phillip A. Trevino, Esq., Law Offices of Phillip A. Trevino, Los Angeles, CA, for Petitioner–Appellant.

Xiomara Costello, Esq., Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: GOODWIN, SCHROEDER, and TALLMAN, Circuit Judges.

## MEMORANDUM *

Christopher Cruz, a California state prisoner, appeals the denial of his 28

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.